■ In the Matter of HEYWARD CHITTY. MARY A. BROWN et al., Appellants; ERIC S. GRAY, Respondent.—In a proceeding pursuant to article 77 of the Mental Hygiene Law for the appointment of a conservator of the property of Heyward Chitty, the petitioners appeal, as limited by their brief, from so much of a judgment of the Supreme Court, Nassau County, dated August 3, 1977, as appointed Eric S. Gray as conservator. Judgment affirmed insofar as appealed from, without costs or disbursements. While normally it would be preferable that a member of the family be designated as conservator, in light of the facts present here, there was no abuse of discretion in the court's appointment of a stranger. Mollen, P. J., Latham, Damiani and Titone, JJ., concur.

■ In the Matter of CLAIRE L. FERGUSON, Appellant-Respondent, v IRVING A. GARSON, Respondent-Appellant.—In a proceeding to compel the respondent to deliver to the petitioner's attorney certain escrow funds held by him, which proceeding was deemed to be pursuant to SCPA 2110 to fix and determine the compensation of the respondent for services rendered to the petitioner, the parties cross-appeal from a decree of the Surrogate's Court, Rockland County, entered March 13, 1978, which, *inter alia,* fixed the compensation for legal services rendered by the respondent at $11,000. Decree affirmed, without costs or disbursements. In making our determination, we have, *inter alia,* taken into consideration that the petitioner is outside the jurisdiction of this court and that her attorney has refused to disclose her whereabouts despite the direction of the court to do so. Hopkins, J. P., Damiani, Rabin and Shapiro, JJ., concur.